I would like to ask our community colleges to respond to any questions you may have. We're here to secure the government for the development of new technologies, and we want you to start talking to our local community colleges about that. If students have any questions regarding that, there are several points that I'd like to make. One thing, first of all, is that the scope of our research must be large-scale. The scope of this particular form of research must be large-scale. It's fair. Unlike some of the cases given us, such as the study that you found, it's hard to do that kind of research without being serious about giving any information to anyone or any claims from lives. It's hard to find any controversial sources between the parties. We're working with a couple of groups. There's a number of theories. This approach takes you through the differences between the parties. It's hard to describe that experience. You need a place and a peer or a peer of some kind. Yeah? Anyone have anything to say about that? Well, I will say that this program, I would say, that there is, I would say, is extensive of executive and structural actual clients. There are VA clients that are staffed with some type of awareness, I'd say, based on public interest. If I'm not mistaken, if you look into the letters you're going to hear, you're going to hear a lot of those. I have a question. I think the question is, have you interviewed any special people that have been around for a while, and you're trying to find them, and you're trying to find them, but you're not able to get any contact with any of them? How do you get to them? Well, it's a structure. You're engaged with one of the people who are in charge of the program. But it's just, you see, Barbara would not be in the office. Barbara may be still, because one of the conditions that Barbara was in was that she was trying to create a connection and trying to claim it. And, you know, I'm struggling now, and I think a lot of people do that, but that structure, what you're trying to do, that's one of the steps. That's one of the steps. You would have to say, if there was somebody out there who went to find this person, and this person, and this person. The question is, how do you do that? How do you create that person? One of the conditions, Barbara, our program, our claim, that that person was in the office. And, if Barbara came to me, and said, hey, this is Barbara, and if that person was in the office, would you let me claim this? I mean, some of the other things, you're like, hey, I'm Barbara. I'm Barbara. I'm Barbara. So, how do you do that? One of the things I would say, seeing as Barbara is a background scientist, I would say how you promote a company that is, and this comes under the law, as we know it today, and others have said. It is the opportunity to pleasure hollister and the entire world, and he was a peer that he self-taught somewhere in Asia, in the United States, in Utah, Florida. And, this is one of the ways he did it. It's, a lot of these companies that are in industry, no longer exists today, for that very reason, because of the market conditions that it is in. So, these are the companies that he specifically taught, as we mentioned, in a lot of ways. So, it's the opportunity to pleasure hollister and the entire world, and he was a peer that he self-taught somewhere in Asia, in the United States,      and the entire world, and he was a peer that he self-taught somewhere in Asia, in the United States, in Utah, Florida. And, this is a message to all of you. So, I'm going to move on, before I turn it over to you, to my colleague, Richard Burks, who's going to give you a story. So, Richard, in terms of the way that the market creates, when it creates, how the industry grows, well, I don't know that. I mean, to give you an example, I worked for a company that deals with language as a contract. You know, the sound is language as a contract. All they excuse is that you want to have your day in court, and that you want to intervene in public policy. And, it has nothing to do with language as a contract. Those are your arguments. I mean, he didn't say anything that was not supposed to start from a language  contract. He just said, you don't like it because you're deprived of your day in court, and you don't like it because you want to intervene in public policy of California. Yes, sir. So, therefore, at the very end of decisions, what you're enforcing is what you're enforcing is the legislature's laws, and my question is, why are you in a constitutional district court, because it doesn't seem to me that you have a restriction? Because every issue of the cases were members of a   court, and it doesn't seem to me that in this particular matter, it doesn't seem to be a constitutional court. It doesn't seem to be a constitutional court. It doesn't seem to be a          constitutional court. It doesn't seem to involve a constitutional court. What is going on with that case and what is going on with that case? And I also have writing in the law that the court requires to determine the existence validity and that they are presumptively valid. And now I'm going to speak more in  way, and  going to speak   in this way,  this way. And I'm going to speak more in this way. And I'm going to speak more in this way. So why just frankly why do you speak in a way that students and community have chosen to speak in a way that they have chosen to speak in a way that they have chosen   in this way? Why do you find that community has chosen to speak in this way? And why do you find the community has chosen to speak in this way?  why has chosen to speak  this way? in this way? And  you find the community way? And why do  find the community has why do      to speak in this do you  find the  has chosen find the community has  to speak in this
judges: Berzon, N.R. Smith, Christensen